GARY O'BRIEN v. MUSKIN CORPORATION.

May 18, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. JEFFREY D. BROWN.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALINDA FORD.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD HINTON.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD RINES.

May 18, 1982.

Petition for certification denied.